**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOHN BALLARD, CHRIS DOTY,
ALTON STONE, and all other
similarly situated individuals,

Plaintiffs,

vs. Case No. 3:07-cv-922-J-32JRK

S.A. ROBINSON CONSTRUCTION,
Sole Proprietorship, and SCOTT
ROBINSON, an individual,

Defendants.

---

**ORDER**

This matter having come before the Court on the parties' joint Stipulation Of Dismissal With Prejudice (Doc. 32), it is hereby

**ORDERED:**

1. Inasmuch as this case is brought for alleged unpaid overtime compensation under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b), in which plaintiffs seek overtime compensation, liquidated damages, interest and reasonable attorneys' fees and costs, (Doc. 2), the Court must make a finding that any settlement of the case represents "a fair and reasonable resolution of a bona fide dispute over the Act's provisions" after "scrutinizing the settlement for fairness." Lynn's Food Stores, Inc. v. Dep't of Labor, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982). See also, Silva v. Miller, No. 08-12011, 2009 WL 73164 (11th Cir. Jan. 13, 2009). It is unclear whether the parties' joint Stipulation Of Dismissal With Prejudice (Doc. 32) is premised upon a settlement which must be reviewed and approved as "fair and reasonable" by the Court. The parties shall file no later than **May**

**14, 2009**, a joint motion for approval of settlement, setting forth the terms of the settlement between them such that the Court may consider whether the settlement "is a fair and reasonable resolution" of the dispute. If the Joint Stipulation is not premised upon a settlement, the parties shall file by **May 14, 2009** a notice to the Court so indicating.

2. The deadlines and settings in the Court's Scheduling Order (Doc. 12) are **VACATED**, and the pending motion (Doc. 27) is **TERMINATED** as moot.

**DONE AND ORDERED** at Jacksonville, Florida this 16th day of April, 2009.

**TIMOTHY J. CORRIGAN**
United States District Judge

jl.
Copies to:
Counsel of Record